**Order entered November 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01541-CR

**JERAMIE LEON HORTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2011-1-0370**

## ORDER

The Court **GRANTS** appellant's November 6, 2013 motion to extend time to file his notice of appeal. The notice of appeal filed on November 6, 2013 is considered timely for jurisdictional purposes. *See* TEX. R. APP. P. 26.3.

/s/     DAVID EVANS
JUSTICE